RICHES v. MELROSE DINER et al     Doc. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IP

RECEIVED DEC 14 2007

Jonathan Lee Riches ©,
Plaintiff

CIVIL NO: 07cv5274

V.

Melrose Diner; Penrose Diner; Oregon Diner; South Street Diner; Broad Street Diner; Morning Glory Diner; Diner on the Plaza,
Defendants

## Complaint

"42 USC 1983 / Price Gouging / Civil and Constitutional violations"

Comes now the Plaintiff, Jonathan Lee Riches, pro-se, under 42 USC 1983, and civil rights violations. I'm incarcerated illegally at FCI Williamsburg. I'm being held in solitary confinement. I'm being served nothing with nutritional value. I wrote letters to all the Defendants explaining my starvation. Defendants failed to provide me with food. I'm a American Patriot. I have distant relations to Ben Franklin. Only 1 diner wrote me back on Nov 11, 2007, that is the Melrose Diner. The owner told me I get nothing but crumbs, and also called me a racist statement, he called me a holocaust Jew and hopes I starve at FCI Williamsburg. Defendants throw away tons of food in dumpsters, and give extra food to Ally Cats, but fail to help a true starving Patriot. They have the Financial means to send me fresh Diner food, hot rolls, soup of the day, but are violating my constitutional rights. I seek a meal, as I'm starving, and I need to stay Alive.

Jonathan Lee Riches ©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully Submitted

Jonathan Lee Riches ©

Dockets.Justia.com